UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No.: 17-16968 |
| Nadia M. Rivera | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

### RESPONSE TO THE MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362(d)

Comes Now, Nadia M. Rivera, hereinafter referred to as "Debtor" by and through her undersigned counsel in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Admitted.

7. Denied. By way of further answer the debtors respectfully request a post petition history of the subject mortgage.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

Dated:  January 8, 2019            /s/Brad J. Sadek, Esquire
                                   Brad J. Sadek, Esquire
                                   Sadek and Cooper
                                   1315 Walnut Street, #502
                                   The Philadelphia Building
                                   Philadelphia, PA 19107
                                   (215) 545-0008

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>    Nadia M. Rivera<br><br>    Debtor(s) | :<br>:<br>:<br>: | Case No.: 17-16968<br><br><br>Chapter 13 |
|---|---|---|

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Response to the Motion for Relief from Automatic Stay by regular US Mail on the following parties by electronic means and/or regular US mail:

Jerome Blank, Esq.
1617 JFK Blvd, Suite 1400
Philadelphia, PA 19103

Dated: January 8, 2019

_____
Brad J. Sadek, Esq.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Case No.: 17-16968 |
| --- | --- | --- |
| Nadia M. Rivera | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

ORDER

AND NOW, this _____ day of _____, 2019, it is hereby Ordered and Decreed that the Movant's Motion for Relief From Automatic Stay Under Bankruptcy Code Section 362(d) is denied.

FURTHER ORDERED:

_____
J.